UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
Ying Chen,

                      Plaintiff                                   11 CV 4938 AKH HP

-versus-

Gold & Silver Aging Home Care, Inc. and Leonora Hector,       **ECF Case**

                    Defendants.
-----------------------------------------------------------------------X

## SERVICE OF SUMMONS AND COMPLAINT

I, Mabel Tso, do hereby declare:

1. I am over 18 years old and not a party to this action.

2. On July 19, 2011 at approximately 4:00 p.m., at 316 Fifth Avenue, Penthouse, New York, New York, I personally served a copy of the Summons and Complaint in the above referenced matter on defendant Gold & Silver Aging Home Care, Inc. on Leonora Hector, a person designated by law to accept service of process on behalf of the defendant corporation.

3. On July 19, 2011 at approximately 4:00 p.m., at 316 Fifth Avenue, Penthouse, New York, New York, I personally served a copy of the Summons and Complaint in the above referenced matter on defendant Leonora Hector.

I declare under penalty of perjury that this information is true

Dated: August 8, 2011

                                                        Mabel Tso